IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | | |
|---|---|---|
| OCEAN VIEW INVESTMENTS HOLDING, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 1:10-cv-14 |
| SOUTHGATE CROSSING, LLC, et al, | ) ) ) | |
| Defendants. | ) | |

AMBROSE, District Judge

## ORDER OF COURT

A review of the docket indicates that this case has languished for nearly 18 months, and that the parties have had ample opportunity to engage in discovery during that time.  The original Scheduling Order called for discovery to be completed by February 23, 2011. See ECF Docket No. [36].  No Motion for an Extension of Discovery was filed until almost 2 ½ months *after* that deadline had passed.  Further, though an extension was granted, in an effort to get this case back on track and because I do not believe that this case merits an additional seven months for discovery, the prior Order granting a discovery extension is VACATED.

Accordingly, this 22nd day of July, 2011, it is HEREBY ORDERED, that ALL discovery, both fact and expert, shall be completed by October 17, 2011.  NO FURTHER EXTENSIONS WILL BE PERMITTED.  Additional dates regarding the filing of dispositive motions will be given at the Conference to be scheduled the week of October 17, 2011.

    By the Court:
/s/ Donetta W. Ambrose
Donetta W. Ambrose
Senior U.S. District Judge